Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4763 | **DATE** | August 18, 2011 |
| **CASE TITLE** | Isaac Briggs v. Illinois Department of Healthcare and Family Services, et al. | | |

**DOCKET ENTRY TEXT:**

To proceed with this case, Plaintiff must, within 30 days of the date of this order, (1) either prepay the $350 filing fee or submit a completed *in forma pauperis* application, and (2) submit an amended complaint. Plaintiff's failure to comply with this order will result in summary dismissal of this case without prejudice. The Clerk is directed to send to Plaintiff an *in forma pauperis* application and an amended complaint form. Plaintiff's motion for the appointment of counsel [4] is denied without prejudice.

■ [**For further details see text below.**]

Docketing to mail notices.

## STATEMENT

Plaintiff Isaac Briggs, formerly an inmate at Stateville Correctional Center, has filed this 42 U.S.C. § 1983 suit against the Illinois Department of Family Services, Stateville Correctional Center, and several attorneys and law firms. Although the complaint does not adequately explain how each Defendant was involved or how any Defendant wronged him, Plaintiff claims in this action that he paid $90,000 too much for child support.

Plaintiff's *in forma pauperis* application is dated March 2010 and may be a document he submitted in an earlier lawsuit. Not only does the application indicate that Plaintiff (who has been released) is still incarcerated, it also states that he is housed at Menard. (*See* Doc. #3.) If Plaintiff was incarcerated at the time he initiated this case, the Prison Litigation Reform Act requires that he pay the $350 filing fee. If Plaintiff is unable to prepay the $350 filing fee, he may submit an application to proceed *in forma pauperis* and pay the filing fee in installments. If Plaintiff is not incarcerated and cannot pay the $350 filing fee, he must nevertheless submit an *i.f.p.* application showing his current financial situation. The Clerk is directed to forward another *i.f.p.* application to Plaintiff. Plaintiff's failure to submit a current completed application within 30 days of the date of this order will result in the dismissal of this case without prejudice. N.D. Local Rule 3.3(e).

The court turns to a review of the complaint as required by 28 U.S.C. § 1915. Plaintiff appears to be seeking the return of money he paid as child support. (Complaint at 5-5B.) He names as Defendants a private attorney, a law firm, and various state agencies. Plaintiff may have claims arising under state law, but law firms and lawyers are not state actors under 42 U.S.C. § 1983, and Plaintiff has not explained how any state actor violated his constitutional or federal statutory rights. *See Crenshaw v. Baynerd*, 180 F.3d 866, 869 (7th Cir. 1999); *Polk County v. Dodson*, 454 U.S. 312, 325 (1981); *see also Cornes v. Munoz*, 724 F.2d 61, 63 (7th Cir. 1983).

**(CONTINUED)**

isk

| STATEMENT (continued) |
|---|
|       The complaint before this court his therefore dismissed for failure to state a claim arising under the court's jurisdiction. If Plaintiff believes he has a federal claim, he may submit an amended complaint, together with a judge's copy and service copy for each named Defendant.<br>      Plaintiff is given 30 days from the date of this order to submit both an updated *in forma pauperis* application and an amended complaint. His failure to do so may be construed as his desire not to proceed with the case in this court and will result in the dismissal of the case without prejudice. The clerk shall mail to Plaintiff an *i.f.p.* application and an amended complaint form. |